No. 02–10176. LUTHER *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–10177. PIERRE *v.* FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 02–10178. ROBINSON *v.* DAVIS ET AL. C. A. 4th Cir. Certiorari denied. 

No. 02–10179. STOCKS *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 02–10181. CURTIS *v.* OHIO. Ct. App. Ohio, Jefferson County. Certiorari denied.

No. 02–10184. WHITE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10185. CALLOWAY *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 02–10187. APPLEBERRY *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 02–10188. ALEXANDER *v.* STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 02–10203. SARGENT *v.* TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 02–10210. GIRARD *v.* DONALD W. WYATT DETENTION FACILITY INC. ET AL. C. A. 1st Cir. Certiorari denied. 

No. 02–10211. GOMEZ *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 02–10215. HARMON *v.* MASSACHUSETTS. C. A. 1st. Cir. Certiorari denied.

No. 02–10216. HUEY *v.* RAYMOND ET AL. C. A. 6th Cir. Certiorari denied.